18 So.2d 417

**W. B. (alias Dr.) SHIKLES v. STATE.**

**8 Div. 285.**

Supreme Court of Alabama.

June 1, 1944.

Rehearing Denied June 22, 1944.

S. A. Lynne, of Decatur, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of W. B. (alias Dr.) Shikles for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Shikles v. State, 18 So.2d 412.

Writ denied.

GARDNER, C. J., and THOMAS, BROWN, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.